LAW OFFICES OF LES ZIEVE
Benjamin D. Petiprin, Esq. (NV Bar 11681)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898

Attorneys for Plaintiff GMAT Legal Title Trust 2013-1, by U.S. Bank, National Association, as Legal Title Trustee

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GMAT LEGAL TITLE TRUST 2013-1, BY U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE, a national association,<br><br>         Plaintiff,<br><br>     vs.<br><br>JAMES W. FITCHNER, an individual; SANDRA A. WHITE, an individual; NORENE M. VICKERS, an individual; BANK OF AMERICA, N.A.; a national association; RAINBOW BEND HOMEOWNERS ASSOCIATION, INC, a corporation; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>         Defendants. | **CASE NO.:**<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES OF U.S. BANK NATIONAL ASSOCIATION**<br>**(Fed. R. Civ. P. 7.1, LR7.1-1)** |

**TO THE CLERK OF THE COURT:**

Plaintiff GMAT Legal Title Trust 2013-1, by U.S. Bank, National Association, as Legal Title Trustee ("Plaintiff"), by the undersigned counsel, certify that the following listed persons, associations, persons, firms, partnerships, corporations (including parent corporations), or other

_____
CERTIFICATE OF INTERESTED PARTIES - 1 -

entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    **For U.S. Bank National Association:**

    1.    US Bancorp, as a parent organization of U.S. Bank National Association

DATED: January 22, 2015                            **LAW OFFICES OF LES ZIEVE**

                                            By:   /s/ Benjamin D. Petiprin
                                                     Benjamin D. Petiprin, Esq.
                                                     Attorney for GMAT Legal Title Trust 2013-1, by U.S. Bank, National Association, as Legal Title Trustee

---

CERTIFICATE OF INTERESTED PARTIES - 2 -