```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


GMAT LEGAL TITLE TRUST 2013-1, BY )    3:15-cv-00044-HDM-WGC
U.S. BANK, NATIONAL ASSOCIATION   )
AS LEGAL TRUSTEE, a national      )
association,                      )    ORDER
                                  )
               Plaintiff,         )
                                  )
vs.                               )
                                  )
JAMES W. FITCHNER, et al.,        )
                                  )
               Defendants.        )
                                  )
_____)
                                  )
BANK OF AMERICA, N.A.,            )
                                  )
               Plaintiff in       )
               intervention,      )
                                  )
vs.                               )
                                  )
RAINBOW BEND HOMEOWNERS           )
ASSOCIATION and JAMES W.          )
FITCHNER,                         )
                                  )
               Defendants in      )
               intervention.      )
_____)
```

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court hereby certifies to the Attorney General for the State of Nevada that the plaintiff in intervention in this

1

action has drawn into question the constitutionality of Chapter 116 of the Nevada Revised Statutes.  The clerk of court is directed to serve a copy of this certification order on the Nevada Attorney General.

   IT IS SO ORDERED.

   DATED: This 8th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

2