DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
jamie.combs@akerman.com

*Attorneys for plaintiff-in-intervention Bank of America, N.A.*

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GMAT LEGAL TITLE TRUST 2013-1, BY U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., RAINBOW BEND HOMEOWNERS ASSOCIATION, JAMES W. FICHTNER, SANDRA A. WHITE, and NORENE M. VIKERS,<br><br>Defendants.<br><br>BANK OF AMERICA, N.A.,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION and JAMES W. FICHTNER,<br><br>Defendants in Intervention. | Case No.: 3:15-cv-00044-HDM-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO RAINBOW BEND HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 98)**<br><br>**(First Request)** |

Plaintiff-in-Intervention Bank of America, N.A. (**BANA**), and defendants and defendants-in-intervention Rainbow Bend Homeowners Association (**Rainbow Bend**) submit the following stipulation and order to allow BANA two additional weeks to oppose Rainbow Bend's motion for summary judgment, ECF No. 98:

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. Rainbow Bend filed its motion for summary judgment on January 15, 2018. ECF No. 98.

2. BANA's deadline to oppose this motion for summary judgment is February 5, 2018.

3. The parties stipulate to extend BANA's deadline to oppose Rainbow Bend's motion for summary judgment to February 19, 2018, to allow BANA additional time to prepare its briefing.

4. This is the parties' first request for an extension, and is not made to cause delay or prejudice any party.

Dated this 5th day of February, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle Suite 200
Las Vegas, Nevada 89134

*Attorneys for GMAT Legal Title Trust 2013-1, by U.S. Bank National Association, as Legal Title Trustee and Bank of America, N.A.*

Dated this 5th day of February 2018.

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

*/s/ Peter E. Dunkley*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Rainbow Bend Homeowners Association*

**IT IS SO ORDERED:**

Howard D McKibben
_______________________________
UNITED STATES DISTRICT JUDGE

DATED: February 6, 2018