DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
       jamie.combs@akerman.com

*Attorneys for plaintiff-in-intervention
Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GMAT LEGAL TITLE TRUST 2013-1, BY U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., RAINBOW BEND HOMEOWNERS ASSOCIATION, JAMES W. FICHTNER, SANDRA A. WHITE, and NORENE M. VIKERS,<br><br>Defendants. | Case No.: 3:15-cv-00044-HDM-WGC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE ITS REPLY SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| BANK OF AMERICA, N.A.,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION and JAMES W. FICHTNER,<br><br>Defendants in Intervention. | |

Bank of America, N.A. (**BANA**) and Rainbow Bend Homeowners Association (**Rainbow Bend**) stipulate to extend BANA's deadline to file its reply supporting its summary judgment motion until February 19, 2018.

/ / /

1

44118354;1

BANA filed its summary judgment motion on January 12, 2018. (ECF No. 97.) Rainbow Bend filed its motion for summary judgment on January 15, 2018. (ECF No. 98.) BANA's deadline to respond to Rainbow Bend's summary judgment motion is February 19, 2018. (ECF No. 102.) To synthesize the parties' briefing, the parties stipulate to extend BANA's deadline to file its reply supporting its summary judgment motion until February 19, 2018.

This is BANA's first request to extend its deadline to file its reply supporting its motion for summary judgment and is not made for the purposes of delay.

Dated this 13th day of February, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle Suite 200
Las Vegas, Nevada 89134

*Attorneys for GMAT Legal Title Trust 2013-1, by U.S. Bank National Association, as Legal Title Trustee and Bank of America, N.A.*

Dated this 13th day of February 2018.

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

*/s/ Peter E. Dunkley*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Rainbow Bend Homeowners Association*

**IT IS SO ORDERED:**

Howard D. McKibben

UNITED STATES DISTRICT JUDGE

DATED: **February 14, 2018**