DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GMAT LEGAL TITLE TRUST 2013-1, BY U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., RAINBOW BEND HOMEOWNERS ASSOCIATION, JAMES W. FICHTNER, SANDRA A. WHITE, and NORENE M. VIKERS,<br><br>Defendants. | Case No.: 3:15-cv-00044-HDM-WGC<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO OBJECTION TO COSTS (ECF No. 117)** |
| BANK OF AMERICA, N.A.,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>RAINBOW BEND HOMEOWNERS ASSOCIATION and JAMES W. FICHTNER,<br><br>Defendants in Intervention. | |

Bank of America, N.A. and Rainbow Bend Homeowners' Association agree to extend the deadline for Bank of America, N.A. to file a response to Rainbow Bend's Objection to Bank of America's bill of costs, currently due on July 23, 2018, by four days, until July 27, 2018, to allow counsel adequate time to review and address the objection. This is the parties first request for an

1

extension of this deadline and is made in good faith and not for the purposes of delay.

Dated this 23rd day of July, 2018.                     Dated this 23rd day of July, 2018.

**AKERMAN LLP**                                        **LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

*/s/ Jamie K. Combs*                                   */s/ Peter E. Dunkley*
DARREN T. BRENNER, ESQ.                                KALEB D. ANDERSON, ESQ.
Nevada Bar No. 8386                                    Nevada Bar No. 7582
JAMIE K. COMBS, ESQ.                                   PETER E. DUNKLEY, ESQ.
Nevada Bar No. 13088                                   Nevada Bar No. 11110
1635 Village Center Circle Suite 200                   9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89134                                Las Vegas, Nevada 89144

*Attorneys for GMAT Legal Title Trust 2013-1, by U.S. Bank National Association, as Legal Title Trustee and Bank of America, N.A.*   *Attorneys for Rainbow Bend Homeowners Association*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __July 23, 2018_____